TCL                                                                                                                   2022R00362
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

JESUS MANUEL VALDEZ

**FILED UNDER SEAL**

Case No. 22-MJ-678 BRT

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about August 2, 2022, in Hennepin County, in the State and District of Minnesota, defendant,

having previously been convicted of at least one crime punishable by a term of imprisonment exceeding one year, and knowing he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, that is, a Smith and Wesson model M & P 9mm semi-automatic pistol bearing serial number JL8476,

in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:   ☒Yes   ☐ No

_____
Complainant's signature

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime and
email pursuant to Fed. R. Crim. P. 41(d)(3).

Date: August 16, 2022

City and State: St. Paul, MN

William Wethington
ATF Special Agent
_____
Printed name and title

_____
Judge's Signature

Becky R. Thorson
United States Magistrate Judge
*Printed Name and Title*